# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129618

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

LAWRENCE EUGENE DELL,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129618
COA: 261013
St. Clair CC: 95-001361-FC

On order of the Court, the application for leave to appeal the August 4, 2005 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

s1219